# Exhibit A

**PRESCREEN & OPT-OUT NOTICE:** This "prescreened" offer of credit is based on information in your credit report indicating that you meet certain criteria. This offer is not guaranteed if you do not meet our criteria [including providing acceptable property as collateral]. If you do not want to receive prescreened offers of credit from this or any other companies, call toll free 1-888-567-8688, Equifax Options, P.O. Box 740123 Atlanta, GA 30374, Experian Information Systems, Inc., P.O. Box 919, Allen, TX 75013, Trans Union LLC, P.O. Box 505, Woodlyn, PA 19094-0505 or by calling 1-888-5OPTOUT.

**TERMS AND CONDITIONS:** This offer is extended because you appear to satisfy certain credit criteria derived from information contained in a pre-qualifying report received from a credit reporting agency used by us. The amount and terms of any credit offer we extend to you will be determined by your credit history, your capacity to make payments and available equity in you home. You may no longer qualify if you do not continue to meet the criteria used to select your name for this offer or any applicable criteria on creditworthiness, or if you do not or cannot furnish any required collateral. To qualify for this offer you may be required to provide up to two years of income verification. This offer is made under the assumption that you will qualify for a minimum of $10,000 equity line and that your debt-to-income ratio cannot exceed 50%, other programs may be available with a higher level of debt. **Credit severity may affect down payment.* The lender may also choose to cancel this offer if it is unable to verify information you have provided. You must be at least 18 years of age. All bankruptcies must be discharged. This pre-approved offer is non-transferable, is available only to single family residences or owner-occupied condominiums, and is not valid on mobile homes or cooperatives. The lender, or an affiliated lender must be in a valid first or second lien position and property hazard insurance is required.

PRE-SORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
33634
PERMIT NO. 2401

**Financial Information Enclosed**

Mortgage Notice

FORM 2041-R

# IMPORTANT NOTICE

Dennis Isom
189 Ophelia St
Providence, RI 02909-5735

6R3949C

LOAN REVIEW DEPARTMENT

## LOAN MEMORANDUM

***Please read this document carefully.***
***It is of personal importance to you financially.***
***You are pre-approved!****

Dennis Isom:

As a Homeowner, you have been chosen to receive the enclosed information to inform you of a special Government program for which you may qualify. This program is being offered for a limited time and is designed to allow Homeowners, like yourself, the opportunity to refinance or purchase your current home, **even if you have had a Bankruptcy.**

A Specialist will assist you in examining the program which is now available through the Fannie Mae & Freddie Mac Foundations. You may qualify if you have had a prompt payment history with your creditors and no foreclosures in the past 24 months.

This program will allow you to:

COMBINE 1ST AND 2ND MORTGAGES

PAYOFF CREDIT CARDS

REDUCE MONTHLY PAYMENTS

IMPROVE MONTHLY CASH FLOW

$ CASH OUT FOR REMODELING OR OTHER USE $

LOWER INTEREST RATES

With one simple phone call you can find out if you qualify for all of the benefits offered by this program. After a brief consultation and review of the information you provide, a team of experts will go to work to expedite the processing of your loan.

If you do not qualify for this special program, other financing options may be available. A Specialist will assist you in determining your eligibility and which program is right for your individual circumstances. **See terms and conditions on other side.*

To take advantage of this opportunity, please contact

David O'Neil
Toll Free: **877-521-1399**

Loan Review Department of
GARDEN CITY MORTGAGE, LLC
Toll Free: 877-521-1399

**You can choose to stop receiving "prescreened" offers of credit from this and other companies by calling toll free 1-888-567-8688. See PRESCREEN & OPT-OUT NOTICE on other side for more information about prescreened offers.**

Garden City Mortgage, LLC • 250 F Centerville Road • Warwick, RI 02886. We do not make loans; we arrange loans.
Licensed Mortgage Broker • RI License #2003150LB, New Hampshire Mortgage Brokers License #'s first mortgage 10380-MBR, second mortgage 10381-MBR, Maine CS 07509, Connecticut Mortgage Broker License #'s 12614,12615, Massachusetts Mortgage Broker License No.MB3317, Florida CL 0600291, MB 0628371

6R3949C