UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENNIS A. ISOM | : | |
| VS | : | C.A. NO.: 06-441 |
| GARDEN CITY MORTGAGE, LLC | : | |

**ENTRY OF APPEARANCE**

I, Thomas J. Cronin, hereby enter my appearance on behalf of the defendant, Garden City Mortgage, LLC.

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

I hereby certify that I e-mailed a copy of the within to Christopher M. Lefebvre, Esq., Claude F. Lefebvre and Christopher M. Lefebvre, P.C., Two Dexter Street, P.O. Box 479, Pawtucket, RI 02862 at lefeblaw@aol.com, on this 14th day of November, 2006.

/s/ Thomas J. Cronin