**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **DENNIS A. ISOM** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **C.A. No. 06-441-S** |
| **GARDEN CITY MORTGAGE, LLC** | ) | |
| **Defendant** | ) | |
| | ) | |

## MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

Plaintiff respectfully requests that this Court grant the Plaintiff leave to amend his complaint by alleging a violation of the Fair Credit Report Act, 15 U.S.C. §1681 et seq. ("FCRA"). In support of his motion, Plaintiff states as follows:

1. On October 10, 2006, Plaintiff filed a complaint, alleging that Defendant violated the Fair Credit Report Act, 15 U.S.C. §1681 et seq. ("FCRA").

2. Plaintiff seeks to amend his complaint to modify the class allegations to include residents of Maine, New Hampshire and Connecticut. Plaintiff further seeks to name two additional defendants based upon information recently disclosed to him by defense counsel.

3. Defendant has just recently answered the original complaint.

4. Fed.R.Civ.P. 15(a) provides that an amendment to the complaint can be made after the filing of responsive pleadings upon application for leave from the Court, and that leave to amend "shall be freely given when justice so requires." A district court should only deny a motion to amend a complaint if there is a substantial reason to do so. Espey v. Wainwright,

734 F.2d 748, 750 (11th Cir. 1984) ("Unless there is a substantial reason to deny leave to amend, the discretion of the district court is not broad enough to permit denial"); Dussouy v. Gulf Coast Investment Corp., 660 F.2d 748, 597 (5th Cir. 1981).

5. The amendment will not cause any prejudice to the Defendant. See Johnson v. Oroweat Foods, 785 F.2d 503, 510 (4th Cir. 1986) (court held that the addition of new factual allegations or a change in legal theory only prejudices the defendant if the amendment is sought shortly before or during trial).

6. A copy of the First Amended Complaint is attached hereto as Exhibit A

**WHEREFORE**, Plaintiff respectfully requests that this Court grant Plaintiff leave to amend his complaint and deem it filed *instanter*.

Respectfully submitted;

s/Christopher M. Lefebvre
Christopher M. Lefebvre # 4019
CLAUDE LEFEBVRE, P.C.
P.O. Box 479
Pawtucket, RI 02862
(401) 728-6060
(401) 728-6534 (FAX)

**CERTIFICATION OF SERVICE**

I hereby certify that on January 16, 2007, I electronically filed the Motion to Leave to File First Amended Complaint and attached Amended Complaint with the Clerk of the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically: Thomas J. Cronin at tcronin@guninglafazia.com of Gunning & LaFazia, Inc.; and I hereby certify that I have mailed by United States Postal Service, postage pre-paid, the document and a copy of the Notice of Electronic Filing to the following non CM/ECF participants: Not Applicable.

/s/ Christopher M. Lefebvre

# EXHIBIT A