UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DENNIS A. ISOM | : | |
| VS | : | C.A. NO.: 06-441 |
| GARDEN CITY MORTGAGE, LLC; DME HOLDINGS, LLC; DIRECT MAIL EXPRESS INC. | : | |

**ANSWER OF DEFENDANT, GARDEN CITY MORTGAGE, LLC, TO PLAINTIFF'S AMENDED COMPLAINT**

1. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 1 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

2. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 2 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

3. Admit.

4. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 4 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

5. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 5 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

6. The allegation contained in Paragraph 6 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained

in Paragraph 6 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

7. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 7 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

8. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 7 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

9. Admit.

10. The allegation contained in Paragraph 10 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 10 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

11. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 11 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

12. Admit.

13. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 13 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

14. The allegation contained in Paragraph 14 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant,

the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 14 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

15. Deny.

16. Deny.

17. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 17 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

18. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 18 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

19. Admit.

20. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 20 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

21. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 21 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

22. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 22 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

23. Admit.

24. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 24 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

25. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 25 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

26. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 26 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

27. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

28. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

29. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

30. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

31. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

32. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

33. The allegation contained in Paragraph 33 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant,

the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 33 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

34. The allegation contained in Paragraph 34 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 34 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

35. The allegation contained in Paragraph 35 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 35 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

36. The allegation contained in Paragraph 36 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 36 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

37. Admit.

38. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 38 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

39. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 39 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

40. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 40 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

41. Deny.

42. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

43. As to the allegations of recitation of statute, the defendant, Garden City, makes no response and leaves the plaintiff to his proof of same.

44. The allegation contained in Paragraph 44 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 44 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

45. The allegation contained in Paragraph 45 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 45 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

46. The allegation contained in Paragraph 46 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant,

the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 46 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

47. The allegation contained in Paragraph 47 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 47 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

48. The allegation contained in Paragraph 48 is not directed at this defendant. In regard to any portion of the allegation directed to this defendant, the defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 48 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

49. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 49 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

50. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 50 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

51. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 51 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

52. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 52 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

53. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 53 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

54. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 54 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

55. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 55 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

56. Deny.

57. Defendant, Garden City, neither admits nor denies the allegations contained in Paragraph 57 of plaintiff's complaint but rather leaves plaintiff to his proof thereof.

WHEREFORE, the defendant, Garden City, demands judgment dismissing plaintiff's complaint together with costs.

## AFFIRMATIVE DEFENSES

1. The complaint fails to state a claim for which relief may be granted against this defendant.

2. Defendant denies that any act or omission on its part was the proximate cause of any damage to plaintiff.

3. Plaintiff's damages, if any, were caused by persons, firms or corporations for whom this defendant is not legally responsible.

4. Plaintiff's actions are barred by the applicable statute of limitations.

5. Defendant states that the plaintiff has failed to join a party or parties necessary for a just adjudication of this matter and has further omitted stating a reason for such failure.

Defendant, Garden City Mortgage, LLC, hereby demands a trial by jury and designates Thomas J. Cronin as trial counsel.

/s/ Thomas J. Cronin
Thomas J. Cronin (#5302)
Attorney for Defendant
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

DATED: February 22, 2007.