AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DENNIS A. ISOM

V.

GARDEN CITY MORTGAGE, LLC
DME HOLDINGS, LLC.
DIRECT MAIL EXPRESS INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-441-s

TO: (Name and address of Defendant)

DME HOLDINGS, LLC
c/o L.A. Gornto Jr. , Esq.
149 S. Ridgewood Avenue Ste 550
Daytona Beach, FL 32114

2007 MAR -9 AM 9:45

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
PO Box 479
Two Dexter Street
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within ______ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/21/07

(By) DEPUTY CLERK

Attorney or Depositor: Service Sheet Number: NESAPE-07009648-002
LEFEBVRE, CHRISTOPHER M 401-728-6060
PO BOX 479
PAWTUCKET, RI 02862

Name and Address of Court:
U S DISTRICT COURT # Org Documents 2

Plaintiff: DENNIS A ISOM

Defendant: GARDEN CITY MORTGAGE LLC DEM HOLDINGS LLC ETC

| TYPE OF SERVICE | Hearing Date | Time | Case Number |
|---|---|---|---|
| (SUM/AM PET) | 0/00/00 | | 06-441S |

I, BEN F. JOHNSON, SHERIFF in and for said County and State, do hereby certify that I have received:

SUMM/FIRST AM PET

on the 6th day of MARCH, 2007, and that I served the same on the 6th day of MARCH, 2007, at the hour of 1:30 PM within the County of VOLUSIA, State of FLORIDA, as follows on:

PARTY TO SERVE: DME HOLDINGS LLC
C/O L A GORNTO JR ESQ
PERSON SERVED: LECLERC, MICHELE TITLE: LEGAL ASST

OTHER RETURNS: (SEE ABOVE NAMED PERSON)

Address Served: 149 S RIDGEWOOD AV STE 550
DAYTONA BEACH, FL

Service By HARVEY 2388, JOHN Deputy

| SHERIFF'S FEES | Charges |
|---|---|
| SERVICE FEE | 20.00 |
| ** TOTALS ** | 20.00 |

** PAID IN FULL

I am a FLORIDA SHERIFF, and I certify that the foregoing is true and correct.

VOLUSIA COUNTY SHERIFF'S DEPARTMENT
P O BOX 2658
DAYTONA BEACH, FL 32115

DATE: 3/06/07
PER: MARGARET_C

BEN F. JOHNSON, SHERIFF
COUNTY OF VOLUSIA
STATE OF FLORIDA

BY HARVEY 2388, JOHN
Deputy