AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

DENNIS A. ISOM

V.

GARDEN CITY MORTGAGE, LLC
DME HOLDINGS, LLC
DIRECT MAIL EXPRESS INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 06-441-s

2007 MAR - 6 AM 9:45

TO: (Name and address of Defendant)

DIRECT MAIL EXPRESS INC.
c/o L.A. Gornto Jr. , Esq.
149 S. Ridgewood Avenue Ste 550
Daytona Beach, FL 32114

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher M. Lefebvre
PO Box 479
Two Dexter Street
Pawtucket, RI 02862

an answer to the complaint which is herewith served upon you, within ________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/21/07

(By) DEPUTY CLERK

Attorney or Depositor: LEFEBVRE, CHRISTOPHER M
PO BOX 479
PAWTUCKET, RI 02862

Service Sheet Number: NESAPE-07009668-001
401-728-6060

Name and Address of Court:
U S DISTRICT COURT

# Org Documents 2

Plaintiff: DENNIS A ISOM

Defendant: GARDEN CITY MORTGAGE LLC DEM HOLDINGS LLC ETC

| TYPE OF SERVICE | Hearing Date | Time | Case Number |
|---|---|---|---|
| (SUM/AM PET) | 0/00/00 | | 06-441S |

I, BEN F. JOHNSON, SHERIFF in and for said County and State, do hereby certify that I have received:

SUMM/FIRST AM PET

On the 6th day of MARCH, 2007, and that I served the same on the 6th day of MARCH, 2007, at the hour of 1:30 PM within the County of VOLUSIA, State of FLORIDA, as follows on:

PARTY TO SERVE: DIRECT MAIL EXPRESS INC
C/O L A GORNTO JR ESQ
PERSON SERVED: LECLERC, MICHELE TITLE: LEGAL ASST

CORPORATE SERVICE, EMPLOYEE: BY SERVING A TRUE COPY OF THIS WRIT WITH THE DATE AND HOUR OF SERVICE ENDORSED THEREON BY ME WITH A COPY OF THE PLAINTIFF'S INITIAL PLEADINGS, IF ANY, TO THE ABOVE NAMED PERSON AS AN EMPLOYEE OF DEFENDANT CORPORATION IN COMPLIANCE WITH F.S. 48.081(3)FOR FAILURE BY THE CORPORATION TO COMPLY WITH F.S. 48.091.

Address Served: 149 S RIDGEWOOD AV STE 550
DAYTONA BEACH, FL

Service By HARVEY 2388, JOHN Deputy

| SHERIFF'S FEES | Charges |
|---|---|
| SERVICE FEE | 20.00 |
| ** TOTALS ** | 20.00 |

** PAID IN FULL

I am a FLORIDA SHERIFF, and I certify that the foregoing is true and correct.

VOLUSIA COUNTY SHERIFF'S DEPARTMENT
P O BOX 2658
DAYTONA BEACH, FL 32115

BEN F. JOHNSON, SHERIFF
COUNTY OF VOLUSIA
STATE OF FLORIDA

DATE: 3/06/07
BY PER: MARGARET_C

BY HARVEY 2388, JOHN
Deputy