***IN THE UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

DENNIS ISOM

v. Civil Action No. 06-441-S

GARDEN CITY MORTGAGE, LLC;
DME HOLDINGS, LLC; and
DIRECT MAIL EXPRESS INC.

***ENTRY OF APPEARANCE***

I, Douglas J. Emanuel, hereby enter my appearance for defendants DME Holdings, LLC, and Direct Mail Express, Inc.

/s/ Douglas J. Emanuel

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

Dated: March 13, 2007

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 13, 2007.

/s/ Douglas J. Emanuel