***IN THE UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

DENNIS ISOM

v. Civil Action No. 06-441-S

GARDEN CITY MORTGAGE, LLC;
DME HOLDINGS, LLC; and
DIRECT MAIL EXPRESS INC.

***STIPULATION***

In the above-entitled matter, the parties agree that the following entry may be made:

The time within which defendants DME Holdings, LLC and Direct Mail Express, Inc., may answer or otherwise respond to the First Amended Complaint is hereby extended through and including Monday, April 16, 2007.

DENNIS ISOM
By his attorney,

/s/ Christopher M. Lefebrve
_______________________________
Christopher M. Lefebrve (4019)
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBRVE, P.C.
Two Dexter Street
Pawtucket, RI 02860
Tel.: (401) 728-6060
Fax: (401) 728-6534
Email: lefeblaw@aol.com

Dated: March __ , 2007

DME HOLDINGS, LLC and
DIRECT MAIL EXPRESS INC.
By its attorney,

/s/ Douglas J. Emanuel
_______________________________
Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

SO ORDERED:

_______________________________
Hon. William Smith, U.S.D.J.
Dated: March __, 2007

***CERTIFICATE OF SERVICE***

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March __, 2007.

/s/ Douglas J. Emanuel