***IN THE UNITED STATES DISTRICT COURT***
***FOR THE DISTRICT OF RHODE ISLAND***

DENNIS ISOM

v. Civil Action No. 06-441-S

GARDEN CITY MORTGAGE, LLC;
DME HOLDINGS, LLC; and
DIRECT MAIL EXPRESS INC.

***DISMISSAL STIPULATION***

In the above-entitled matter, the parties agree that the following entry may be made:

This case is dismissed in its entirety, with prejudice. Each party shall bear its own costs.

DENNIS ISOM
By his attorney,

/s/ Christopher M. Lefebrve

Christopher M. Lefebrve (4019)
CLAUDE F. LEFEBVRE AND
CHRISTOPHER M. LEFEBRVE, P.C.
Two Dexter Street
Pawtucket, RI 02860
Tel.: (401) 728-6060
Fax: (401) 728-6534
Email: lefeblaw@aol.com

Dated: July 2, 2007

DME HOLDINGS, LLC and
DIRECT MAIL EXPRESS INC.
By its attorney,

/s/ Douglas J. Emanuel

Douglas J. Emanuel (5176)
CHACE RUTTENBERG & FREEDMAN, LLP
One Park Row, Suite 300
Providence, RI 02903
Tel.: (401) 453-6400
Fax: (401) 453-6411
Email: demanuel@crfllp.com

GARDEN CITY MORTGAGE, LLC
By its attorneys,

s/ Thomas J. Cronin

Thomas J. Cronin (5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Tel.: (401) 521-6900
Fax: (401) 521-6901
Email: tcronin@gunninglafazia.com

SO ORDERED:

____________________________
Hon. William Smith, U.S.D.J.
Dated: July __, 2007